KRISTINA S. HOLMAN
Nevada State Bar No. 3742
1100 East Bridger Ave.
Las Vegas, Nevada 89101
Tel: (702) 614-4777
Fax: (702) 255-4779
email: kholmanlaw@gmail.com
Attorney for Plaintiff,
DELTURON SANDERS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DELTURON SANDERS,

    Plaintiff,

vs.

SOUTHLAND INDUSTRIES, a Nevada company; ROE CORPORATIONS I through X; and DOES I through X, inclusive,

    Defendants.

Case No. 2:11-cv-00468-KJD-CWH

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

    Plaintiff DELTURON SANDERS and Defendant SOUTHLAND INDUSTRIES, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing this action with prejudice as to all parties named herein. The parties have reached an out-of-court resolution of this matter.

///
///
///
///
///
///
///
///

1

Each party named herein shall bear their own costs and fees for the claims and causes of action dismissed by this Stipulation and Order. Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court resolution of this matter.

DATED this 29th day of November, 2011.

By: /s/ Kristina S. Holman
KRISTINA S. HOLMAN
1100 E. Bridger Ave.
Las Vegas, NV 89101
Attorney for Plaintiff,
DELTURON SANDERS

PEEL BRIMLEY LLP

By: /s/ Michael T. Gebhart
MICHAEL T. GEBHART
JEFFERSON W. BOSWELL
3333 E. Serene Avenue, Suite 200
Henderson, NV 89074-6571
Attorneys for Defendant
SOUTHLAND INDUSTRIES

## ORDER

**IT IS SO ORDERED.**

Dated this 1 day of December, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

2